Order issued January 14, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00572-CR

**MICHELLE PETRICE ABRAM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## O R D E R

Before Justices Lang-Miers, Myers, and Lewis

Based on the Court's opinion of this date, we **GRANT** the September 13, 2012 motion of

Julie Woods for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of

the Court to remove Julie Woods as counsel of record for appellant. We **DIRECT** the Clerk of

the Court to send a copy of this order and all future correspondence to Michelle Petrice Abram,

No. 1778434, Mountain View Unit, 2305 Ransom Road, Gatesville, Texas, 76528.

ELIZABETH LANG-MIERS
JUSTICE